No. 67937.—F. A. B. Lace, Inc. *v.* United States, protests 60/30160 and 63/5516 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise, consisting of certain 15-denier nylon monofilament yarn having a slight turn twist, is properly classifiable as filaments of rayon or other synthetic textile, singles,weighing less than 150 deniers per length of 450 meters, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 20, 1963

No. 67938.—Calif. Radio & Electronics Co. and James Loudon Co., Inc., et al. *v.* United States, protests 62/7346, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of "VU" meters similar in all material respects to those the subject of *Universal Foreign Service, Inc., et al.* v. *United States* (47 Cust. Ct. 183, C.D. 2300), or volt-ohm-milliampere meters the same as those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.